IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JANE DOE NO. 1<br><br>Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY,<br><br>Defendant. | No. CV 19-54-BU-SEH<br><br>**ORDER** |

Defendant having filed its Unopposed Motion to Withdraw Motion to Dismiss,[1]

ORDERED:

Defendant's Motion to Dismiss[2] is WITHDRAWN.

DATED this 27th day of November, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 6.

[2] Doc. 3.