FILED

3/4/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JANE DOE NO. 1<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY,<br><br>　　　　　　Defendant. | No. CV-19-54-BU-SEH<br><br>**ORDER** |

Upon the record made in open Court,

ORDERED:

1.　Defendant's Motion to Dismiss Claim 2 and Claims for Declaratory and Injunctive Relief[1] is GRANTED.

---

[1] Doc. 8.

2. Plaintiff's Motion for Leave to File Second Amended Complaint,[2] which seeks to add Jane Doe No. 2, is DENIED.

3. Plaintiff shall have to and including 4:45 p.m. on March 13, 2020, to file a second amended complaint, directed to Claim 2 of the First Amended Complaint and Demand for Jury Trial[3] of November 27, 2019.

DATED this 4th day of March, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 11.

[3] Doc. 5.