# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JANE DOE NO. 1<br><br>                    Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY,<br><br>                    Defendant. | No. CV 19-54-BU-SEH<br><br>**ORDER** |

Upon the stipulation[1] of the parties,

ORDERED:

This action is DISMISSED WITH PREJUDICE, each party shall bear its own fees and costs.

DATED this 4th day of January, 2021.

                                                  SAM E. HADDON
                                                  United States District Judge

---

[1] Doc. 50.